BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JACK D. ROSS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
California State Bar No. 265883
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7395|F: 213.894.7819
    Email: jack.ross@usdoj.gov
JAMIE ANN YAVELBERG
ALISON B. ROUSSEAU
MARY BETH HICKCOX-HOWARD
Attorneys, Civil Division
United States Department of Justice
    175 N Street, NE, Room 10.123
    Washington, DC 20002
    T: 202.598.0705|F: 202.307.6364
    Email: mary.beth.hickcox-howard@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* ATUL MAITHEL and ANDRE GALVAN,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA COUNTY MEDI-CAL MANAGED CARE COMMISSION d/b/a GOLD COAST HEALTH PLAN, DIGNITY HEALTH, VENTURA COUNTY MEDICAL CENTER, and CLINICAS DEL CAMINO REAL, INC., | No. CV 15-7760 TJH (JEMx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL  [JS-6]**<br><br>[FILED CONCURRENTLY: [JOINT STIPULATION OF DISMISSAL; CONSENT OF THE UNITED STATES AND CALIFORNIA TO DISMISSAL] |

1

Defendants.

WHEREAS, the United States of America ("United States"), the State of California ("California"), and Relators have submitted a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and California Government Code § 12652(c)(1), in accordance with and subject to the Settlement Agreements, and with the consent of the United States and California.

THEREFORE, IT IS ORDERED THAT:

1. Relators' claims against defendants are dismissed with prejudice as to Relators.
2. The United States' claims against defendants for relief and causes of action based on the Covered Conduct, as defined in the Settlement Agreements, are dismissed with prejudice as to the United States.
3. The United States' remaining claims against defendants are dismissed without prejudice as to the United States.
4. California's claims against defendants for relief and causes of action based on the Covered Conduct, as defined in the Settlement Agreements, are dismissed with prejudice as to California.
5. California's remaining claims against defendants are dismissed without prejudice as to California.

IT IS SO ORDERED.

Dated: JANUARY 4, 2023

*Terry J. Hatter, Jr.*
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On December 13, 2022, I served the [PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL on each person or entity named below by e-mail.

Date of e-mailing: December 13, 2022.

Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Nimish R. Desai, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
ndesai@lchb.com

Marc G. Reich, Esq.
Reich Radcliffe & Hoover LLP
mgr@reichradcliffe.com

Nicholas N. Paul, Esq.
California Department of Justice
nicholas.paul@doj.ca.gov

Winston Y. Chan, Esq.
wchan@gibsondunn.com
Chuck Stevens, Esq.
cstevens@gibsondunn.com
Gibson Dunn

Case 2:15-cv-07760-TJH-JEM   Document 78   Filed 01/04/23   Page 4 of 4   Page ID #:675

Jennifer Scott, Esq.
jscott@kmtg.com
Kronick

Daniel A. Cody, Esq.
dcody@jonesday.com
Jones Day

Lloyd Bookman, Esq.
lbookman@health-law.com
Jordan Kearney, Esq.
jkearney@health-law.com
Hooper Lundy & Bookman

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2022, at Los Angeles, California.

JACK D. ROSS

4